BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL No. 2804

## SCHEDULE OF ACTIONS

|    | Short Case Caption | Court | Civil Action No. | Defendants Represented |
|----|---|---|---|---|
| 1. | *County of Kauai v. Purdue Pharma L.P., et al.* | D. Hawaii | 1:19-cv-00377 | Walgreens Boots Alliance, Inc.; Walgreen Co.; Walgreen Eastern Co. |