BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL No. 2804

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that, on August 12, 2019, a true and correct copy of the foregoing CORPORATE DISCLOSURE OF WALGREENS BOOTS ALLIANCE, INC. was filed with the Panel via the CM/ECF system, which provides electronic service notification to all counsel of record registered as CM/ECF users and was served on the following parties via U.S. Mail:

American Medical Distributors, Inc.
5500 New Horizons Blvd.
Amityville, NY 11701

Bleheim Pharmacal, Inc.
119 Creamery Road
North Blemheim, NY 12131

Darby Group Companies, Inc.
300 Jericho Quadrangle
Jericho, NY 11753

Eveready Wholesale Drugs, Ltd.
23 Hilltop Drop
Melville, NY 11747

Kinray, LLC
152-35 10th Ave.
Whitestone, NY 11357

Rudolph B. Puana, M.D.
c/o Registered Agent Lynn Puana, M.D.
32 Ululani Street
Hilo, HI 96720

Rochester Drug Cooperative, Inc.
50 Jetview Drive
Rochester, NY 14626

Sandoz Inc.
100 College Road, West
Princeton, NJ 08540

Harold Charles Spears, M.D.
4387 Puu Kulana Place, Apt. A
Kalaheo, HI 96741-8511

2

Dated August 12, 2019                              Respectfully submitted,

/s/ Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr
Bartlit Beck LLP
54 West Hubbard Street
Chicago, Illinois 60654
(312) 494-4400
kaspar.stoffelmayr@bartlitbeck.com

*Counsel for Walgreens Boots Alliance, Inc.*